## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Freda Schaade,                                    Civil No. 11-1978 (RHK/TNL)

          Plaintiff,            **DISQUALIFICATION AND**
                                                                         **ORDER FOR REASSIGNMENT**

vs.

SmithKline Beecham Corporation,
d/b/a GlaxoSmithKline,

          Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  July 20, 2011

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge